IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE: TEHUM CARE SERVICES, INC., | ) | |
| | ) | |
| | ) | Case No. 23-0086 (CML) |
| Debtor. | ) | |
| _____ | ) | |
| THE CURATORS OF THE UNIVERSITY | ) | |
| OF MISSOURI and CAPITAL REGION | ) | |
| MEDICAL CENTER, | ) | Adversary Proceeding No. 23-04005-drd |
| | ) | |
| Plaintiffs, | ) | *Removed from the Circuit Court of* |
| | ) | *Boone County, Missouri, Division 4* |
| v. | ) | *Case No. 22BA-CV01701-01* |
| | ) | |
| TEHUM CARE SERVICES, INC. d/b/a | ) | |
| CORIZON HEALTH, INC., CHS TX, INC. | ) | |
| and YESCARE CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **CORPORATE OWNERSHIP STATEMENT**

In a case in which the debtor or a party is a corporation, the following information is required pursuant to Fed. R. Bankr. P. 1007(a)(1) and Local Rule 1007-1(A)(14) or Fed. R. Bankr. P. 7007.1 and Local Rule 7007.1-1:

☐    There are no corporations that directly or indirectly own 10% or more of any class of YesCare Corp.'s equity interest.

☒    The following corporations directly or indirectly own 10% or more of a class of YesCare Corp.'s equity interest:
1. YesCare Holdings, LLC.

**DOWD BENNETT LLP**

*/s/ Philip A. Cantwell*
Philip A. Cantwell #65505
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
pcantwell@dowdbennett.com

*Attorneys for CHS TX, Inc. and YesCare Corp.*

cc: U.S. Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of February, 2023, I caused a true and correct copy of the foregoing pleading to be served via the Court's electronic case filing system (ECF) on all parties to this proceeding who have so-subscribed, and via e-mail and U.S. Mail (where applicable) on all parties below, which includes the following:

**Counsel to Plaintiffs:**
Patrick Stueve, stueve@stuevesiegel.com
Ethan Lange, lange@stuevesiegel.com
Jordan Kane, kane@stuevesiegel.com

**Counsel to Tehum Care Services, Inc., d/b/a Corizon Health, Inc.:**
Scott Haines, sbhaines@martinpringle.com
B. Scott Tschudy, bstschudy@martinpringle.com
Jason S. Brookner, jbrookner@grayreed.com

*/s/ Philip A. Cantwell*