# EXHIBIT 1

Re: 22BA-CV01701-01 - THE CURATORS OF TH ET AL V CORIZON HEALTH, IN ET A
Josh Devine   to Ethan Lange                                                            02/10/2023 05:15 PM
Cc  "Julia.Paulus@courts.mo.gov", "Jordan Kane", "pcantwell@dowdbennett.com",
    "rparkinson@dowdbennett.com", "Hershey, Samuel", "Patrick Stueve",
    "twarburton@bradley.com"

Counsel,

Thank you for your e-mail. I am happy to extend the deadline for filing a proposed order to February 13, 2023 at 5pm, and will prepare a docket entry right now doing so.

Best regards,

**Joshua C. Devine**
Circuit Judge, Division 4
13th Judicial Circuit
705 E. Walnut
Columbia, MO 65201
josh.devine@courts.mo.gov
(573) 886-4063 -- Direct Line

| | | |
|---|---|---|
| "Ethan Lange" | Good Afternoon Judge Devine, The Court grant... | 02/10/2023 05:01:43 PM |

From:     "Ethan Lange" <lange@stuevesiegel.com>
To:       "Josh.Devine@courts.mo.gov" <Josh.Devine@courts.mo.gov>
Cc:       "Hershey, Samuel" <sam.hershey@whitecase.com>, "pcantwell@dowdbennett.com" <pcantwell@dowdbennett.com>, "Julia.Paulus@courts.mo.gov" <Julia.Paulus@courts.mo.gov>, "Jordan Kane" <kane@stuevesiegel.com>, "Ethan Lange" <lange@stuevesiegel.com>, "rparkinson@dowdbennett.com" <rparkinson@dowdbennett.com>, "Patrick Stueve" <stueve@stuevesiegel.com>, "twarburton@bradley.com" <twarburton@bradley.com>
Date:     02/10/2023 05:01 PM
Subject:  22BA-CV01701-01 - THE CURATORS OF TH ET AL V CORIZON HEALTH, IN ET A

Good Afternoon Judge Devine,

The Court granted the parties leave to file a proposed order regarding Plaintiffs' Motion for Preliminary Injunction by 5:00 p.m. today. Since the hearing, the parties have engaged in settlement discussions and would respectfully request to extend the deadline for Plaintiffs to submit a proposed order of up to and including February 13, 2023 by 5:00 p.m.

Respectfully,
Ethan Lange
Counsel for Plaintiffs

**Ethan Lange**
Stueve Siegel Hanson LLP
460 Nichols Rd., Suite 200
Kansas City, MO 64112
816-714-7174