# EXHIBIT 4



ase.net

Search for Cases by: Select Search Method... ▾

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print          GrantedPublicAccess  Logoff JORDANKANE

## 22BA-CV01701-01 - THE CURATORS OF TH ET AL V CORIZON HEALTH, IN ET A (E-CASE)

| Case FV ade View | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries:   ● Descending   ○ Ascending

Display Options:   All Entries ▾

---

**02/14/2023** ☐ **Removed to Fed Court**

☐ **Proposed Order Filed**

proposed order granting plaintiffs' motion for preliminary injunction.

☐ **Order**

The Court reviews the Notice of Removal filed by Defendant Tehum Care Services, Inc. f/k/a Corizon Health, Inc. on 2-13-23 and finds that this case has been removed to the United States Bankruptcy Court for the Western District of Missouri. Pursuant to Federal law, this Court shall take no further action in this case unless and until this case is remanded. JCD/IV (rl)

☐ **Order**

The Court reviews the Suggestions of Bankruptcy filed by Defendant Tehum Care Services, Inc. f/k/a Corizon Health, Inc. on 2-13-23. Any further action in this case is hereby ordered stayed with respect to Defendant Tehum Care Services, Inc. f/k/a Corizon Health, Inc. only by virtue of 11 U.S.C. section 362 et seq. JCD/IV (rl)

☐ **Correspondence Filed**

email to Judge Devine

☐ **Notice**

Notice of Filing Notice of Removal; Exhibit A - Notice of Removal; Electronic Filing Certificate of Service.
    **Filed By:** REED THOMAS WARBURTON
    **On Behalf Of:** CORIZON HEALTH INC- CT CORP, CORIZON, LLC

☐ **Order**

At their request, the parties are granted leave of up to and including 2-13-23 at 5:00 p.m. to file proposed orders regarding Plaintiffs' Motion for Preliminary Injunction filed 12-20-22. JCD/IV (rl)

**02/13/2023** ☐ **Suggestions Filed**

Suggestion of Bankruptcy and Notice of Automatic Stay; Electronic Filing Certificate of Service.
    **Filed By:** REED THOMAS WARBURTON
    **On Behalf Of:** CORIZON HEALTH INC- CT CORP

**02/10/2023** ☐ **Correspondence Filed**

correspondence regarding filing

☐ **Hearing Held**

Plaintiffs by Stueve, Lange, and Kane. The Corizon Defendants by Warburton. Defendants CHS TX, Inc. and YesCare Corp. by Cantwell, Parkinson, and Hershey. Parties heard regarding Defendants CHS TX, Inc. and YesCare Corp.'s Motion to Dismiss filed 12-9-22. After due consideration of the pleadings and the arguments of counsel, and being fully advised in the premises, said motion is DENIED. Parties heard regarding Plaintiffs' Motion for Preliminary Injunction filed 12-20-22. Evidence

adduced. Said motion is taken under advisement by the Court for future ruling. Parties granted leave of up to an including 2-10-23 at 5:00 p.m. to file any proposed orders regarding the preliminary injunction motion. JCD/IV (rl)

**Scheduled For:** 02/09/2023;  9:00 AM ;  JOSHUA CALVIN DEVINE;  Boone

01/30/2023 ☐ **Reply**

CHS TX, INC. and Yescare Corp.s Reply in Support of Their Motion to Dismiss Plaintiffs Amended Petition; Electronic Filing Certificate of Service.

**Filed By:** PHILIP ALLEN CANTWELL
**On Behalf Of:** CHS TX, INC, YESCARE CORP

☐ 🔒 **Exhibit Filed**

Ex. 87 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 88 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 89 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 90 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 91 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 92 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 93 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 94 to Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Electronic Filing Certificate of Service.

**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ **Note to Clerk eFiling**

**Filed By:** PATRICK JOSEPH STUEVE

☐ 🔒 **Reply**

Plaintiffs Reply in Support of Their Motion for Preliminary Injunction; Ex. 95 Under Seal; Electronic Filing Certificate of Service.

**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ **Order**

Before the Court is Plaintiffs' Motion for Leave to File Under Seal filed 1-27-23. For good cause shown, and due to the confidential information referenced therein, said motion is GRANTED. Accordingly, Plaintiff is hereby granted leave to file at Security Level 3 its Reply in Support of their Motion for Preliminary Injunction, as well as any exhibits thereto designated as "confidential". Counsel for Plaintiff shall contact the Civil Division of the Boone County Circuit Clerk's Office by telephone in order to facilitate the filing of the aforementioned pleading and exhibits at Security Level 3 JCD/IV (rl)

01/27/2023 ☐ **Motion for Leave**

Plaintiffs Motion for Leave to File Under Seal Plaintiffs Reply in Support of Their Motion for Preliminary Injunction and Certain Exhibits; Electronic Filing Certificate of Service.

**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

01/23/2023 ☐ **Note to Clerk eFiling**

**Filed By:** REED THOMAS WARBURTON

☐ 🔒 **Response Filed**

Tehum Care dba Corizon Healths Suggestions In Support of Its Opposition to Plaintiffs Motion for Preliminary Injunction; Exhibit A; Electronic Filing Certificate of Service.

**Filed By:** REED THOMAS WARBURTON
**On Behalf Of:** CORIZON, LLC

☐ **Note to Clerk eFiling**

**Filed By:** PHILIP ALLEN CANTWELL

☐ 🔒 **Response Filed**

CHS TX, Inc. and Yescare Corp.s Opposition to Plaintiffs Motion for Preliminary Injunction Filed
Under Seal; Exhibit 1 - Sholey Affidavit Filed Under Seal; Electronic Filing Certificate of Service.
    **Filed By:** PHILIP ALLEN CANTWELL
    **On Behalf Of:** CHS TX, INC, YESCARE CORP

**01/22/2023** ☐ **Order**

Before the Court are Defendants' separate Motions for Leave to File Under Seal filed 1-20-23. For
good cause shown, and due to the confidential information referenced therein, said motions are
GRANTED. Accordingly, Defendants are hereby granted leave to file at Security Level 3 their
respective oppositions to Plaintiffs? Motion for Preliminary Injunction, as well as any exhibits thereto
designated as "confidential". Counsel for Defendants shall contact the Civil Division of the Boone
County Circuit Clerk's Office by telephone in order to facilitate the filing of the aforementioned
pleadings and exhibits at Security Level 3. JCD/IV (rl)

**01/20/2023** ☐ **Response Filed**

Plaintiffs Opposition to CHS TX, INC. and YesCare Corp.s Motion to Dismiss Plaintiffs Amended
Petition; Electronic Filing Certificate of Service.
    **Filed By:** PATRICK JOSEPH STUEVE
    **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐ **Proposed Order Filed**

Proposed Order Granting Motion for Leave to File Under Seal; Electronic Filing Certificate of Service.
    **Filed By:** PHILIP ALLEN CANTWELL
    **On Behalf Of:** CHS TX, INC, YESCARE CORP

☐ **Motion for Leave**

CHS TX, INC. AND YESCARE CORP.S MOTION FOR LEAVE TO FILE UNDER SEAL THEIR
OPPOSITION TO PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION AND ANY EXHIBITS
DESIGNAT; Electronic Filing Certificate of Service.
    **Filed By:** PHILIP ALLEN CANTWELL
    **On Behalf Of:** CHS TX, INC, YESCARE CORP

☐ **Motion Filed**

Defendants Motion for Leave to File Under Seal Its Suggestions In Support of Its Opposition to
Plaintiffs Motion for Preliminary Injunction and Exh A thereto; Electronic Filing Certificate of Service.
    **Filed By:** REED THOMAS WARBURTON
    **On Behalf Of:** CORIZON, LLC

**01/09/2023** ☐ **Order**

order granting briefing schedule

**01/05/2023** ☐ **Proposed Order Filed**

Proposed Order granting the parties briefing schedule; Electronic Filing Certificate of Service.
    **Filed By:** JORDAN A KANE
    **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**12/23/2022** ☐ **Motion Hearing Scheduled**

    **Associated Entries:** 02/10/2023 - Hearing Held ⊞
    **Scheduled For:** 02/09/2023;  9:00 AM ;  JOSHUA CALVIN DEVINE;  Boone

☐ **Order**

By agreement of the parties, this case is set for hearing on Plaintiffs' Motion for Preliminary
Injunction, as well as any other pending motions, on February 9, 2023 at 9:00 a.m. in Division 4.
JCD/IV (tk)

**12/21/2022** ☐ **Judge/Clerk - Note**

hearing requested has not been set, Division unavailable.

**12/20/2022**   ☐   **Notice of Hearing Filed**

Opposition to Plaintiffs 12.28; Electronic Filing Certificate of Service.
**Filed By:** PHILIP ALLEN CANTWELL
**On Behalf Of:** CHS TX, INC, YESCARE CORP

☐   **Request for Notc of Hrg Filed**

Request for Hearing on Motion to Dismiss First Amended Petition; Electronic Filing Certificate of Service.
**Filed By:** PHILIP ALLEN CANTWELL
**On Behalf Of:** CHS TX, INC, YESCARE CORP

☐   **Request for Hearing**

Plaintiffs Request for Hearing on Plaintiffs Motion for Preliminary Injunction; Electronic Filing Certificate of Service.
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐   **Exhibit Filed**

Exhibits 78-81 to Plaintiffs Motion for Preliminary Injunction; Exhibits 82-86 to Plaintiffs Motion for Preliminary Injunction; Electronic Filing Certificate of Service.
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐   **Exhibit Filed**

Exhibits 48, 49 to Plaintiffs Motion for Preliminary Injunction; Exhibits 50-52 to Plaintiffs Motion for Preliminary Injunction; Exhibit 53 to Plaintiffs Motion for Preliminary Injunction; Exhibits 54-58 to Plaintiffs Motion for Preliminary Injunction; Exhibits 59-62, 64-67, 69-76 to Plaintiffs Motion for Preliminary Injunction; Electronic Filing Certificate of Service.
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐   **Exhibit Filed**

Exhibits 1-12 to Plaintiffs Motion for Preliminary Injunction; Exhibit 13 to Plaintiffs Motion for Preliminary Injunction; Exhibits 14, 15, 19, 20, 21 to Plaintiffs Motion for Preliminary Injunction; Exhibits 22, 24, 31, 32 to Plaintiffs Motion for Preliminary Injunction; Exhibit 46 to Plaintiffs Motion for Preliminary Injunction; Electronic Filing Certificate of Service.
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐   Note to Clerk eFiling

**Filed By:** PATRICK JOSEPH STUEVE

☐   Exhibit Filed

Exhibits 29, 30, 33-45, 47 to Plaintiffs Motion for Preliminary Injunction Under Seal; Exhibits 63, 68, 77 to Plaintiffs Motion for Preliminary Injunction Under Seal; Electronic Filing Certificate of Service.
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

☐   Note to Clerk eFiling

**Filed By:** PATRICK JOSEPH STUEVE

☐   Motion Filed

Plaintiffs Motion for Preliminary Injunction; Exhibits 16, 17, 18, 23; Exhibits 25, 26; Exhibit 27; Exhibit 28; Electronic Filing Certificate of Service.
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**Order**

For the reasons stated therein, Plaintiffs' Motion for Leave to File Under Seal dated 12-20-22 is granted. Accordingly, Plaintiffs' are granted leave to file at the highest security level their Motion for Preliminary Injunction, as well as Exhibits 16-18, 23, 25-30, 33-45, 47, 63, 68, and 77 thereto. To facilitate this filing at the highest security level, counsel for Plaintiffs should contact the Civil Division of the Boone County Clerk's Office prior to or upon filing of the foregoing pleading and exhibits. JCD/IV (rl)

**Motion for Leave**

Plaintiffs Motion for Leave to File Under Seal Plaintiffs Motion for Preliminary Injunction and Certain Exhibits; Proposed Order; Electronic Filing Certificate of Service.
    **Filed By:** PATRICK JOSEPH STUEVE
    **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**12/16/2022**    **Answer Filed**

Corizon Health, Inc.s Answer to Plaintiffs First Amended Petition; Electronic Filing Certificate of Service.
    **Filed By:** REED THOMAS WARBURTON
    **On Behalf Of:** CORIZON, LLC

**12/12/2022**    **Order**

Order granting Pro Hac Vice admission of Atty Hershey.

**12/09/2022**    **Suggestions in Support**

CHS TX and YesCare Corp. Suggestions in Support of Motion to Dismiss First Amended Petition; Electronic Filing Certificate of Service.
    **Filed By:** PHILIP ALLEN CANTWELL
    **On Behalf Of:** CHS TX, INC

**Motion to Dismiss**

CHS TX and YesCare Corp. Motion to Dismiss First Amended Petition; Electronic Filing Certificate of Service.
    **Filed By:** PHILIP ALLEN CANTWELL
    **On Behalf Of:** YESCARE CORP

**Order**

Stipulated protective order

**Motion Filed**

Motion for Admission Pro Hac Vice of Samuel P. Hershey; Ex. A -Receipt; Ex. B -Certificate of Good Standing; Proposed Order; Electronic Filing Certificate of Service.
    **Filed By:** PHILIP ALLEN CANTWELL
    **On Behalf Of:** CHS TX, INC, YESCARE CORP

**12/08/2022**    **Stipulation Filed**

Stipulated Protective Order; Electronic Filing Certificate of Service.
    **Filed By:** JORDAN A KANE
    **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**11/21/2022**    **Order**

Plaintiffs by Kane. Defendants CHS TX, Inc. and YesCare Corp. by Cantwell. The Corizon Defendants do not appear. Parties heard regarding Plaintiff's Motion for Expedited Discovery as it relates to YesCare Corp. Said motion is granted in part. Defendant YesCare Corp shall respond to Plaintiff's First Requests for Production by no later than 12-9-22, and shall respond to Plaintiff's First Requests for Admissions by no later than 12-27-22. Case continued generally. JCD/IV rl
    **Associated Entries:** 11/14/2022 - Hearing Held

**Associated Entries:** 11/14/2022 - Motion Hearing Scheduled
**Scheduled For:** 11/21/2022; 1:30 PM ; JOSHUA CALVIN DEVINE; Boone

☐ **Entry of Appearance Filed**

Entry of Appearance of Robyn Parkinson; Electronic Filing Certificate of Service.
**Filed By:** ROBYN LANE PARKINSON
**On Behalf Of:** CHS TX, INC, YESCARE CORP

☐ **Entry of Appearance Filed**

Entry of Appearance of Philip A. Cantwell; Electronic Filing Certificate of Service.
**Filed By:** PHILIP ALLEN CANTWELL
**On Behalf Of:** YESCARE CORP

☐ **Response Filed**

CHS TX, INC. AND YESCARE CORP.S OPPOSITION TO MOTION TO EXPEDITE DISCOVERY;
Electronic Filing Certificate of Service.
**Filed By:** PHILIP ALLEN CANTWELL
**On Behalf Of:** CHS TX, INC, YESCARE CORP

**11/17/2022** ☐ **Corporation Served**

Document ID - 22-SMOS-164; Served To - null YESCARE CORP; Served Date - 11/09/2022; Served
Time - 13:22:00; Service Type - OS; Reason Description - SERV; Service Text -

☐ **Notice of Service**

Affidavit of Service on YesCare Corp.; Electronic Filing Certificate of Service.
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**11/16/2022** ☐ **Amended Answer Filed**

Tehum Care Services, Inc. dba Corizon Health, Inc, Answer to First Amended Petition; Electronic
Filing Certificate of Service.
**Filed By:** REED THOMAS WARBURTON
**On Behalf Of:** CORIZON HEALTH INC- CT CORP

☐ **Corporation Served**

Document ID - 22-SMCC-1045; Served To - null CHS TX, INC; Served Date - 11/07/2022; Served
Time - 14:35:00; Service Type - SD; Reason Description - SERV; Service Text -

**11/15/2022** ☐ **Entry of Appearance Filed**

Entry of Appearance of Philip A. Cantwell; Electronic Filing Certificate of Service.
**Filed By:** PHILIP ALLEN CANTWELL
**On Behalf Of:** CHS TX, INC

☐ **Notice of Service**

Affidavit of Service on CHS TX, Inc.; Electronic Filing Certificate of Service.
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**11/14/2022** ☐ **Motion Hearing Scheduled**

**Associated Entries:** 11/21/2022 - Order ⊞
**Scheduled For:** 11/21/2022; 1:30 PM ; JOSHUA CALVIN DEVINE; Boone

☐ **Hearing Held**

Plaintiffs by Stueve, Lange, and Kane. Defendant CHS TX, Inc. appears by Cantwell. Defendant
Corizon Health Inc. does not appear. Defendant YesCare does not appear, but has only been served
recently. Plaintiff's Motion for Expedited Discovery is granted in part and denied in part. Defendant

CHS TX, Inc. shall respond to Plaintiff's First Requests for Production by no later than 12-7-22.
Plaintiff's motion is denied in all respects at this time. Case reset for hearing on 11-21-22 at 1:30 p.m.
regarding issues raised in Plaintiff's Motion with respect to YesCare. JCD/IV (rl)

**Scheduled For:** 11/14/2022;  1:30 PM ;  JOSHUA CALVIN DEVINE;  Boone

**Reply**

Plaintiffs Reply in Support of Its Motion for Expedited Discovery; Electronic Filing Certificate of
Service.

**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**Suggestions in Opposition**

CHS TX, INC.S OPPOSITION TO MOTION TO EXPEDITE DISCOVERY; Electronic Filing Certificate
of Service.

**Filed By:** PHILIP ALLEN CANTWELL
**On Behalf Of:** CHS TX, INC

**11/11/2022   Response Filed**

Corizon Health Inc., Response in Opposition to Plfs Motion to Expedite Discovery; Exhibit A - Plfs
First Set of Discovery; Exhibit B - Corizon Response to Plfs First Discovery; Exhibit C - 8-26-22 Email
Chain; Exhibit D - 9-8-22 Email Requesting Extension; Exhibit E - 10-24-22 Email from Plfs Counsel;
Exhibit F - Case Docket; Exhibit G - 10-28-22 Letter from Plfs Counsel; Exhibit H - Plfs Second Set
Discovery; Exhibit I - Plfs Motion to Expedite Discovery; Exhibit J - 11-2-22 RTW letter to Plfs
Counsel; Electronic Filing Certificate of Service.

**Filed By:** REED THOMAS WARBURTON
**On Behalf Of:** CORIZON HEALTH INC- CT CORP

**11/04/2022   Summons Issued-Circuit**

Document ID: 22-SMOS-164, for YESCARE CORP. Attorneys are to print two copies of summons
and issue for service.

**Summons Issued-Circuit**

Document ID: 22-SMCC-1045, for CHS TX, INC. Attorneys are to print two copies of summons and
issue for service.

**11/03/2022   Note to Clerk eFiling**

**Filed By:** PATRICK JOSEPH STUEVE

**Amended Motion/Petition Filed**

First Amended Petition; Exhibits 1-10; Exhibits 11-20; Exhibits 21-30; Exhibit 31-38; Electronic Filing
Certificate of Service.

**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**11/02/2022   Order**

Order granting motion for leave to file amended petition

**Hearing/Trial Cancelled**

**Scheduled For:** 11/07/2022;  1:30 PM ;  JOSHUA CALVIN DEVINE;  Boone

**Order**

Per the Joint NOH filed 11-2-22, the hearing currently set in this case for 11-7-22 is cancelled and
reset for 11-14-22 at 1:30 p.m. in Division 4. JCD/IV (rl)

**Motion Hearing Scheduled**

**Associated Entries:** 11/14/2022 - Hearing Held  ±

**Scheduled For:** 11/14/2022;  1:30 PM ;  JOSHUA CALVIN DEVINE;  Boone

**Proposed Order Filed**

Agreed Order Granting Plaintiffs Motion for Leave to File Amended Petition and Canceling Hearing Thereon; Electronic Filing Certificate of Service.
**Filed By:** ETHAN MICHAEL LANGE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**Amended Notice of Hrng Filed**

Joint Notice Resetting Hearing on Plaintiffs Motion for Expedited Discovery; Electronic Filing Certificate of Service.
**Filed By:** ETHAN MICHAEL LANGE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

10/31/2022    **Notice of Hearing Filed**

Plaintiffs Notice of Hearing on Plaintiffs Motion for Expedited Discovery; Electronic Filing Certificate of Service.
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**Motion for Discovery**

Plaintiffs Motion for Expedited Discovery; Ex. 1; Ex. 2; Ex. 3; Ex. 4; Ex. 5; Ex. 6; Ex. 7; Electronic Filing Certificate of Service.
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

10/28/2022    **Certificate of Service**

Certificate of Service of Discovery Requests; Electronic Filing Certificate of Service.
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

10/19/2022    **Entry of Appearance Filed**

Notice of Appearance; Electronic Filing Certificate of Service.
**Filed By:** REED THOMAS WARBURTON
**On Behalf Of:** CORIZON HEALTH INC- CT CORP, CORIZON, LLC

10/14/2022    **Motion Hearing Scheduled**

Hearing on Plaintiff's motion for leave to file amended petition
**Associated Entries:** 11/02/2022 - Hearing/Trial Cancelled
**Scheduled For:** 11/07/2022;  1:30 PM ;  JOSHUA CALVIN DEVINE;  Boone

10/13/2022    **Request for Hearing**

Request for Hearing on Plaintiffs Motion for Leave to File Amended Petition; Electronic Filing Certificate of Service. **THIS HEARING WAS SET BY THE JUDGE FOR NOVEMBER 7, 2022 PRIOR TO REQUEST FOR HEARING BEING FILED**
**Filed By:** PATRICK JOSEPH STUEVE
**On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

10/12/2022    **Order**

At request of Plaintiff, cause set for hearing on Plaintiff's Motion for Leave to File Amended Petition on 11-7-22 at 1:30 p.m. in Division 4. JCD/IV (rl)

10/07/2022    **Motion for Leave**

Plaintiffs Motion for Leave to File Amended Petition; Exhibit A - First Amended Petition; Exhibit 1 to Exhibit A - First Amended Petition; Exhibit 2 to Exhibit A - First Amended Petition; Exhibit 3 to Exhibit

A - First Amended Petition; Exhibit 4 to Exhibit A - First Amended Petition; Exhibit 5 to Exhibit A - First
Amended Petition; Exhibit 6 to Exhibit A - First Amended Petition; Exhibit 7 to Exhibit A - First
Amended Petition; Exhibit 8 to Exhibit A - First Amended Petition; Exhibit 9 to Exhibit A - First
Amended Petition; Exhibit 10 to Exhibit A - First Amended Petition; Exhibit 11 to Exhibit A - First
Amended Petition; Exhibit 12 to Exhibit A - First Amended Petition; Exhibit 13 to Exhibit A - First
Amended Petition; Exhibit 14 to Exhibit A - First Amended Petition; Exhibit 15 to Exhibit A - First
Amended Petition; Exhibit 16 to Exhibit A - First Amended Petition; Exhibit 17 to Exhibit A - First
Amended Petition; Exhibit 18 to Exhibit A - First Amended Petition; Exhibit 19 to Exhibit A - First
Amended Petition; Exhibit 20 to Exhibit A - First Amended Petition; Exhibit 21 to Exhibit A - First
Amended Petition; Exhibit 22 to Exhibit A - First Amended Petition; Exhibit 23 to Exhibit A - First
Amended Petition; Exhibit 24 to Exhibit A - First Amended Petition; Exhibit 25 to Exhibit A - First
Amended Petition; Exhibit 26 to Exhibit A - First Amended Petition; Exhibit 27 to Exhibit A - First
Amended Petition; Exhibit 28 to Exhibit A - First Amended Petition; Exhibit 29 to Exhibit A - First
Amended Petition; Exhibit 30 to Exhibit A - First Amended Petition; Exhibit 31 to Exhibit A - First
Amended Petition; Exhibit 32 to Exhibit A - First Amended Petition; Exhibit 33 to Exhibit A - First
Amended Petition; Exhibit 34 to Exhibit A - First Amended Petition; Exhibit 35 to Exhibit A - First
Amended Petition; Exhibit 36 to Exhibit A - First Amended Petition; Exhibit 37 to Exhibit A - First
Amended Petition; Exhibit 38 to Exhibit A - First Amended Petition; Electronic Filing Certificate of
Service.

> **Filed By:** PATRICK JOSEPH STUEVE
>
> **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

**Filing:**

Plaintiffs Rule 55.34 List of Documents to be Included with State Court File; Ex. 1; Ex. 2; Ex. 3; Ex. 4;
Ex. 5; Ex. 6; Ex. 7; Ex. 8; Ex. 9; Ex. 10; Ex. 11; Ex. 12; Ex. 13; Ex. 14; Ex. 15; Ex. 16; Ex. 17;
Electronic Filing Certificate of Service.

> **Filed By:** PATRICK JOSEPH STUEVE
>
> **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

09/26/2022   **Cert Serv Answers Interrog Fil**

Certificate of Service; Electronic Filing Certificate of Service.

> **Filed By:** PATRICK JOSEPH STUEVE
>
> **On Behalf Of:** THE CURATORS OF THE U OF MO, CAPITAL REGION MEDICAL CENTER

09/15/2022   **Filing:**

Case Information (tk)

**Reopen From Mandate**

U.S District Court Opinion/Mandate (tk)

**Judge Assigned**