# EXHIBIT 5

| | |
|---|---|
| **From:** | Warburton, Tom <twarburton@bradley.com> |
| **Sent:** | Sunday, February 12, 2023 3:33 PM |
| **To:** | Ethan Lange |
| **Cc:** | Patrick Stueve; Jordan Kane |
| **Subject:** | RE: Draft of Proposed Order |

**External Email**

Thank you; received.  Tom

**R. Thomas Warburton**
Partner | Bradley
twarburton@bradley.com
d: 205.521.8987

**From:** Ethan Lange <lange@stuevesiegel.com>
**Sent:** Sunday, February 12, 2023 3:27 PM
**To:** Warburton, Tom <twarburton@bradley.com>
**Cc:** Patrick Stueve <stueve@stuevesiegel.com>; Jordan Kane <kane@stuevesiegel.com>
**Subject:** Draft of Proposed Order

**CAUTION - EXTERNAL EMAIL**

Tom,

Per your call with Pat a little bit ago, attached is the current draft of the proposed order.  We are still modifying the proposed order, and reserve the right to continue to revise it, but if you'd like to discuss, we'd be happy to do so.  Just let me know.

Thanks,

**Ethan Lange**
Stueve Siegel Hanson LLP
460 Nichols Rd., Suite 200
Kansas City, MO 64112
816-714-7174

www.stuevesiegel.com/attorney/Lange

This email (including any attachments) is intended only for the use of the recipient to whom it is addressed and may contain information that is privileged, confidential, or protected by law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please delete the email and any attachments and notify us immediately. Thank you.

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.