# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, _____, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri request that this court admit pro hac vice _____, an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who will be counsel for the _____ in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s) and that I accept service of all papers served. I also understand and agree that if I am admitted pro hac vice to receive CM/ECF filings, I will be responsible for notifying the admitee of all papers served by CM/ECF.

_____        _____
**Signature of Movant/Attorney**              **MO Bar Number**

_____        _____
**Date**                                       **Address**

_____        _____
**Phone**

### Affidavit of Proposed Admittee

I, _____, certify that I reside outside of the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of _____ and the United States District Court(s) of _____. (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if I am counsel i[n] a case[] in w[h]ich an admission pro hac vice, the movant/brining in his motion must participate in the preparation and presentation of the cause as indicated below, and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. Understand and agree that should I choose not to register for CM/ECF, I will arrange with a movant to keep me advised of papers served and filed in this case.

**Case Number(s):**                           **Case Title(s)**
_____                   _____
_____                   _____
_____                   _____

**Date:** _____             **Signature:** _____

**State Bar of Residence & Bar Number:**      **Address:** _____
_____                   _____

**Phone:** _____             **Email:** _____

Pursuant to WDMO Local Rule 83.5(h) a fee of $100 is required for each case in which the attorney is seeking admittance.