IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TEHUM CARE SERVICES, INC., ) | |
| ) | Case No. 23-90086 (CLM) |
| Debtor. ) | |
| ) | *Pending in the United States Bankruptcy* |
| ) | *Court for the Southern District of Texas* |
| ) | |
| THE CURATORS OF THE UNIVERSITY ) | |
| OF MISSOURI and CAPITAL REGION ) | |
| MEDICAL CENTER, ) | |
| ) | |
| Plaintiffs, ) | Adversary Proceeding No. 23-04005-can |
| ) | |
| v. ) | |
| ) | |
| TEHUM CARE SERVICES, INC. d/b/a ) | *Removed from the Circuit Court of* |
| CORIZON HEALTH, INC., CHS TX, INC., ) | *Boone County, Missouri, Division 4* |
| and YESCARE CORP., ) | *Case No. 22BA-CV01701* |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION TO UNSEAL**

On November 27, 2023, Insider, Inc., Dakin Campbell, and Nicole Einbinder (together, "Proposed Intervenors") moved the Court for entry of an order granting their *Motion to Unseal Court Records*. Doc. 47. Upon consideration of the factual and legal bases set forth in that motion and the Parties' subsequent briefing, it is HEREBY ORDERED THAT the motion is GRANTED as to the underlying state records as filed in state court. It is also ORDERED that the Parties have seven days to file the records with this court.

Signed: January 29, 2024            /s/ Cynthia A. Norton
                                                                  Cynthia A. Norton
                                                                  United States Bankruptcy Judge

Dated: January 26, 2024          Submitted,

         /s/ Jaqueline Aranda Osorno
         *Counsel for Intervenors*

Rohan Shetty
**PUBLIC JUSTICE**
1620 L Street NW, Suite 630
Washington, DC 20036
jaosorno@publicjustice.net
rshetty@publicjustice.net

James Wyrsch
Khazaeli Wyrsch LLC
911 Washington Avenue, Suite 211
St. Louis, MO 63101
james.wyrsch@kwlawstl.com

         Agreed to by,

         */s/ Philip A. Cantwell*
         *Counsel for Defendants*

**DOWD BENNETT LLP**
Philip A. Cantwell #65505
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
pcantwell@dowdbennett.com

         */s/ Jordan Kane*
         *Counsel for Plaintiffs*

**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
jordan@stuevesiegel.com