# EXHIBIT 95

**YESCARE CORP. AND SUBSIDIARIES**
**BALANCE SHEET**

**UNAUDITED**
*(In Thousands)*

**ASSETS**

|  | As of September 30, 2022 |
|---|---:|
| Current assets: | |
| Cash and cash equivalents | $ 869 |
| Accounts receivables, net | 42,561 |
| Inventory | 1,224 |
| Prepaids and other current assets | 6,353 |
| Total current assets | 51,007 |
| | |
| Property and equipment, net | 2,801 |
| Goodwill | 73,541 |
| Other assets | 46,545 |
| Noncurrent deferred tax asset | - |
| | |
| Total assets | $ 173,894 |

**LIABILITIES AND SHAREHOLDER'S EQUITY (DEFICIT)**

|  |  |
|---|---:|
| Current liabilities: | |
| Accounts payable | $ 16,123 |
| Accrued payroll and related expenses | 15,503 |
| Other accrued expenses | 17,958 |
| Medical claims liability | 25,591 |
| Deferred revenue | 73 |
| Current portion of debt | 98,713 |
| Total current liabilities | 173,961 |
| | |
| Noncurrent portion of accrued expenses | 21,556 |
| Long-term debt | - |
| | |
| Shareholder's equity | (21,623) |
| | |
| Total liabilities and shareholder's equity | $ 173,894 |

**This information is proprietary and confidential.  It is not to be distributed without the written consent of YesCare Corp.**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                    **YESCARE-CHS-00000563**

**YESCARE CORP. AND SUBSIDIARIES**
**STATEMENT OF OPERATIONS**

**UNAUDITED**
***(In Thousands)***

|  | For the five months ended September 30, |
|---|---|
|  | 2022 |
| Healthcare revenue | $ 138,130 |
| Costs and expenses: | |
| Healthcare expenses | 136,436 |
| Gross margin | 1,694 |
| Selling, general and administrative expenses | 16,434 |
| Corporate restructuring expenses and other | 79 |
| Depreciation and amortization | 691 |
|  | 17,204 |
| Operating loss | (15,510) |
| Interest expense | 6,113 |
| Loss before income taxes | (21,623) |
| Benefit for income taxes | - |
| Consolidated net loss | $ (21,623) |
| | |
| EBITDA reconciliation: | |
| Operating loss | $ (15,510) |
| Corporate restructuring expenses and other | 79 |
| Depreciation and amortization | 691 |
| EBITDA | $ (14,740) |

**This information is proprietary and confidential.  It is not to be distributed without the written consent of YesCare Corp.**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                    **YESCARE-CHS-00000564**

**YESCARE CORP. AND SUBSIDIARIES**
**STATEMENT OF CASH FLOWS**

**UNAUDITED**
*(In Thousands)*

| | For the five months ended September 30, 2022 |
|---|---|
| **Cash flows from operating activities:** | |
| Net loss | $ (21,623) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities: | |
| Depreciation and amortization | 691 |
| Deferred income taxes | - |
| Loss on retirement of fixed assets | - |
| Paid in kind interest and fees | 6,134 |
| Changes in operating assets and liabilities: | |
| Receivables | (12,544) |
| Prepayments and other current assets | 1,012 |
| Accounts payable and accrued expenses | 33,038 |
| Other operating activities | (21,322) |
| Net cash provided by (used in) operating activities | (14,614) |
| **Cash flows from investing activities:** | |
| Capital expenditures, net | (1,250) |
| Net cash used in investing activities | (1,250) |
| **Cash flows from financing activities:** | |
| Repayments of long-term debt | - |
| Net cash used in financing activities | - |
| Change in cash and cash equivalents | (15,864) |
| Cash and cash equivalents, beginning of period | 16,733 |
| Cash and cash equivalents, end of period | $ 869 |

**This information is proprietary and confidential.  It is not to be distributed without the written consent of YesCare Corp.**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**YESCARE-CHS-00000565**

**YESCARE CORP. AND SUBSIDIARIES**
**STATEMENT OF CHANGES IN SHAREHOLDER EQUITY (DEFICIT)**

**UNAUDITED**
*(In Thousands)*

| | Common Stock | Paid-In Capital | Accumulated Deficit | Total Shareholder's Equity |
|---|---|---|---|---|
| Balance, April 30, 2022 | $ - | $ - | $ - | $ - |
| Net loss | - | - | (21,623) | (21,623) |
| Balance September 30, 2022 | $ - | $ - | $ (21,623) | $ (21,623) |

**This information is proprietary and confidential.  It is not to be distributed without the written consent of YesCare Corp.**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**YESCARE-CHS-00000566**