**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| TEHUM CARE SERVICES, INC. | ) | |
| | ) | Case No. 23-90086 (CLM) |
| | ) | |
| Debtor. | ) | *Pending in the United States Bankruptcy Court for the Southern District of Texas* |
| | ) | |
| _____ | ) | |
| | ) | |
| THE CURATORS OF THE UNIVERSITY OF MISSOURI and CAPITAL REGION MEDICAL CENTER | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 23-04005-can |
| | ) | |
| TEHUM CARE SERVICES, INC. d/b/a/ CORIZON HEALTH, INC., CHS TX, INC. and YESCARE CORP., | ) | *Removed from the Circuit Court of Boone County, Missouri, Division 4* |
| | ) | *Case No. 22BA-CV01701* |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE REGARDING
STATUS CONFERENCE SET FOR MARCH 4, 2026**

Plaintiffs, The Curators of the University of Missouri and Capital Region Medical Center ("Plaintiffs"), hereby file this *Notice Regarding Status Conference Set for March 4, 2025* ("Notice") in advance of the status conference to advise the Court regarding recent activity in the Debtor's main Bankruptcy Case pending in the Southern District of Texas.

1.     The Debtor confirmed a plan in its main Bankruptcy Case[1] that incorporated and approved a settlement to be paid over a 30-month period that, if fully satisfied, would result in

---

[1] *In re Tehum Care Services, Inc.,* pending as Case No. 23-90086 in the United States Bankruptcy Court Southern District of Texas Houston Division.

releases of settling parties (including the Defendants in this adversary proceeding) and a channeling injunction to channel Plaintiffs' claims to a trust established under the plan (the "GUC Trust"). Given the conditional nature of the releases and the channeling injunction under the plan together with the repeated and continuing payment defaults by the settling parties, the parties in this adversary proceeding have not reached an agreement regarding disposition of this adversary proceeding.

2.    On January 26, 2026, the GUC Trust filed a *Notice of Settlement Payment Default and Settlement Payment Default Notice* in the Bankruptcy Case ("Default/Cure Notice")(Bankruptcy Case Docket No. 2591), advising that the settling parties had defaulted on 5 monthly settlement payments totaling $7.5 million. The Court in the main Bankruptcy Case set an emergency hearing on February 2, 2026 regarding the default.

3.    Immediately before the start of the emergency hearing on February 2, 2026, a *Notice of Cure Agreement* ("Cure Agreement")(Bankruptcy Case Docket No. 2602) was filed indicating an agreement was reached with settling parties to cure the $7.5 million default. The Cure Agreement included a detailed schedule for future settlement payments and "catch up" payments to cure the pending default.  The default waiver under the Cure Agreement is conditioned on the settling parties' full performance of obligations under the Cure Agreement. A true and correct copy of the Cure Agreement is attached hereto as **Exhibit 1** and incorporated herein for all purposes.

4.    Unfortunately, on February 25, 2026, the GUC Trust filed a *Notice of Settlement Payment Default and Settlement Payment Default Cure Notice* ("Second Default Notice")[Bankruptcy Case Dkt. No. 2612] advising that the settling parties failed to remit the

2

$2,012,022.75 payment due on February 17, 2026. A true and correct copy of the Second Default

Notice is attached hereto as **Exhibit 2** and incorporated herein for all purposes.

5.      The settling parties' must cure this default within five (5) business days or **March

4, 2026**.  If the settling parties do not cure the default by that date, the channeling injunction under

the plan terminates and the releases granted under the plan are rendered null and void.

Dated:  March 3, 2026.                          Respectfully submitted,

*/s/ Jordan A. Kane*
Jordan Kane, Bar # 71028
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
kane@stuevesiegel.com

AND

*/s/ Erin E. Jones*
Erin E. Jones, *admitted pro hac vice*
Texas Bar No. 24032478
**Jones Murray LLP**
602 Sawyer St. Suite 400
Houston, Texas 77007
Telephone: 832-529-1999
erin@jonesmurray.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2026 a true and correct copy of the foregoing document
was filed electronically with the Court' s CM/ECF system, which electronically sent notice of the
foregoing document to all counsel of record.

*/s/ Jordan Kane*
Jordan Kane

3